**Order entered September 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00974-CR

**MCCLAIN EDWARD GLICKMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-87183-2014**

## ORDER

The Court has before it appellant's "motion seeking order of this court directing the filing with this court of evidentiary exhibit that was admitted into evidence as State's Exhibit 2 during the suppression hearing." We will treat this as a motion to supplement the record. As such, we **GRANT** the motion.

We **ORDER** Kristen Kopp, official court reporter of the County Court at Law No. 2, to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 2. We further **ORDER** Ms. Kopp to file a duplicate copy of the exhibit with the Collin County Clerk's Office. *See* TEX. R. APP. P. 34.6(h).

We **DIRECT** the Clerk to send copies of this order to Kristen Kopp, official court reporter, County Court at Law No. 2, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE